**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re:   Gayle M. Blanchard | ) | Case No. 22-40227 |
| Debtor | ) | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW** Debtor, Gayle Blanchard, by and through Counsel of record, and for this Response to the Trustee's Motion to Dismiss, states that Debtor did not realize when payments were to be resumed. Debtor has changed homeowners' insurance companies decreasing her mortgage payment. The debtor will be filing an amended Plan to address the feasibility. Therefore, the Trustee's Motion to Dismiss should be denied.

**WHEREFORE**, Debtor prays the Court for an order denying the Trustee's Motion to Dismiss, and for such other relief as the Court deems equitable and proper.

Dated: May 17, 2023

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, the foregoing was delivered via e-mail to the parties listed below, and parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Via the Court's ECF Notice: Richard V. Fink, standing Chapter 13 Trustee

/s/ Ryan A. Blay