**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | §<br>§ | **CASE NO. 22-40227** |
| **GAYLE M. BLANCHARD** | §<br>§ | |
| **DEBTOR** | § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage Trust 2007-2ALT, Asset-Backed Certificates, Series 2007-2ALT C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage Trust 2007-2ALT, Asset-Backed Certificates, Series 2007-2ALT C/o Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **P.O. Box 10826**
    **Greenville, South Carolina 29603-0826**

Court Claim # (if known): 4-1
Amount of Claim: $239,200.45
Date Claim Filed: 3/30/2022

Phone: **(800) 365-7107**
Last Four Digits of Acct #: **xxxxxx5896**

Phone: (800) 315-4757
Last Four Digits of Acct.# xxxxxx**5896**

Name and Address where transferee payments should be sent (if different from above):

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **P.O. Box 10826**
    **Greenville, South Carolina 29603-0826**

Phone: (800) 365-7107
Last Four Digits of Acct #: **xxxxxx5896**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka
    Transferee/Transferee's Agent

Date:       09/10/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

    Missouri-Western_22-40227_4-1_9

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before September 16, 2024 via U.S Mail.  All other parties in interest listedon the Notice of Electronic Filing have been served electronically.

**Debtor**          *Via U.S. Mail*
Gayle M. Blanchard
907 S Main Road
Independence, MO 64056

Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka